# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM SELTZER, JR., | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION NO. 13-0032-CG-C |
| SAM COCHRAN, | ) |
| Respondent. | ) |

**ORDER**

After due and proper consideration of all issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 1, 2013 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 29th day of July, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE