# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

WILLIAM SELTZER, JR.,       )
                                        )

      Petitioner,       )
                                          )

vs.                      )     CIVIL ACTION NO. 13-0032-CG-C
                                          )

SAM COCHRAN,         )
                                          )

      Respondent.     )

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED, and DECREED** that petitioner's request for habeas corpus relief, construed as having been brought pursuant to 28 U.S.C. § 2254, is dismissed due to his failure to fully exhaust his state court remedies.  Alternatively, to the extent Seltzer has failed to exhaust state remedies that are no longer available, this Court finds that it is procedurally barred from reaching the merits of his alleged constitutional claims.  Seltzer is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 29th day of July, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE